**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA,**

v.                                                                         **CASE NO. 3:82-cr-101-J-16HTS**

**WILSON TONY HARRELL**
_____ /

**ORDER**

Before the Court is Defendant's Motion for Reconsideration of Court's Order Denying Defendant's "Old Law" Rule 35 Motion and Defendant's Reply to Government's Response, (Dkt. #39).

Accordingly, it is hereby **ORDERED and ADJUDGED** that the Defendant's Motion to Correct Illegal Sentence (Dkt #39) is **DENIED.**

After review of the file and due consideration, this Motion is **DENIED**. Defendant cites nothing that would cause this Court to re-visit its earlier ruling and in fact, the case of United States of America v O'Connor, 953 F.2d 338 (7th Cir 1992) which the Defendant relies on holds that the double jeopardy clause did not bar a RICO conviction, even though the defendant has already been convicted of some of the predicate acts.

**DONE and ORDERED** at Jacksonville, Florida, this 31st day of July, 2008.

JOHN H. MOORE II
United States District Judge

Copy to :   Copy to counsel
            Pro Se Party